IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    *Plaintiff,*<br><br>AND<br><br>ALFREDO GARCIA, ANA TREVINO, FRANCISCO ANDRADE, JOSE ARREAZA, AVILIO ARRIAZA, ALMA BALDERAS, ANGELICA CORTES, ISRAEL FLORES, JOSE FLORES, VICTOR FLORES, MIGUEL GAMEZ, TOMAS GALVAN, VICTOR GUEVARA, ADRIAN GUILLEN, CLEOFAS HINOJOSA, SERGIO IRETA, JAIME LEAL, VERONICA NAVARRETE, MIGUEL PEREZ, ERICK RUIZ, ERNESTO VASQUEZ RUBIO, GUILLERMO VITELA, SERGIO PAZ, AND SERGIO VITELA,<br><br>    *Plaintiff-Intervenors,*<br><br>vs.<br><br>DH SAN ANTONIO MANAGEMENT, LLC, ET AL.,<br>    *Defendants.* | § § § § § § § § § § § § § NO:  5:18-CV-00990-JKP § § § § § § § § § § § § § § § |

**JOINT MOTION TO ENTER CONSENT DECREE**

TO THE HONORABLE JUDGE OF SAID COURT:

  COMES NOW, the Plaintiff, United States Equal Employment Opportunity Commission ("EEOC"), Intervenors, and Defendants and file this, their Joint Motion to Enter Consent Decree in the above-captioned civil matter. In support of this Motion, they respectfully show the Court as follows:

EEOC, Intervenors, and Defendants have resolved all matters regarding the EEOC's Complaint in this litigation, as evidenced by their signatures on the Consent Decree accompanying this Motion (Exhibit "A").

WHEREFORE, PREMISES CONSIDERED, EEOC, Intervenors, and Defendants, respectfully request that this Court enter the Consent Decree attached to this Motion, and to retain jurisdiction of this matter to enforce the terms and conditions of the attached Consent Decree.

Respectfully submitted,

SHARON FAST GUSTAFSON
General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

ROBERT A. CANINO
Regional Attorney
Oklahoma State Bar No. 011782

EDWARD JUAREZ
Supervisory Trial Attorney
Texas State Bar No. 24014498
Email: eduardo.juarez@eeoc.gov

*/s/ Philip Moss*
PHILIP MOSS
Trial Attorney
Texas State Bar No. 24074764
Email: philip.moss@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Antonio Field Office
5410 Fredericksburg Rd., Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7636
Facsimile: (210) 281-7669

Jackson Lewis PC

<u>Michael J. DePonte s/w/p</u>
Paul E. Hash (SBN 09198020)
Paul.Hash@jacksonlewis.com
Michael J. DePonte (SBN 24001392)
Alise Abel (SBN 24082596)
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
PH: (214) 520-2400
FX: (214) 520-2008

**ATTORNEYS FOR DEFENDANTS**

The Espinoza Law Firm

<u>Javier Espinoza s/w/p</u>
Javier Espinoza
Texas Bar No. 24036534
Javier@espinozalawfirm.com
Lara Brock
Lara@espinozalawfirm.com
Texas Bar No. 24085872
ESPINOZA LAW FIRM, PLLC
10202 Heritage Blvd.
San Antonio, Texas 78216
210.229.1300
210.229.1302

**ATTORNEYS FOR INTERVENORS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2019, I presented the foregoing document with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

>Paul E. Hash (SBN 09198020)
>Paul.Hash@jacksonlewis.com
>Michael J. DePonte (SBN 24001392)
>Alise Abel (SBN 24082596)
>JACKSON LEWIS P.C.
>500 N. Akard, Suite 2500
>Dallas, Texas 75201
>PH: (214) 520-2400
>FX: (214) 520-2008
>ATTORNEYS FOR DEFENDANTS
>
>Javier Espinoza
>Texas Bar No. 24036534
>Javier@espinozalawfirm.com
>Lara Brock
>Lara@espinozalawfirm.com
>Texas Bar No. 24085872
>ESPINOZA LAW FIRM, PLLC
>2211 Danbury Street
>San Antonio, Texas 78217
>210.229.1300
>210.229.1302
>ATTORNEYS FOR INTERVENORS

*/s/ Philip Moss*
Philip Moss
Attorney for Plaintiff