**FILED**

**OCT 3 0 2019**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>   *Plaintiff,*<br><br>AND<br><br>ALFREDO GARCIA, ANA TREVINO, FRANCISCO ANDRADE, JOSE ARREAZA, AVILIO ARRIAZA, ALMA BALDERAS, ANGELICA CORTES, ISRAEL FLORES, JOSE FLORES, VICTOR FLORES, MIGUEL GAMEZ, TOMAS GALVAN, VICTOR GUEVARA, ADRIAN GUILLEN, CLEOFAS HINOJOSA, SERGIO IRETA, JAIME LEAL, VERONICA NAVARRETE, MIGUEL PEREZ, ERICK RUIZ, ERNESTO VASQUEZ RUBIO, GUILLERMO VITELA, SERGIO PAZ, AND SERGIO VITELA,<br><br>   *Plaintiff-Intervenors,*<br><br>vs.<br><br>DH SAN ANTONIO MANAGEMENT, LLC, ET AL.,<br>   *Defendants.* | NO: 5:18-CV-00990-JKP |

### FINAL JUDGMENT AND ORDER ENTERING CONSENT DECREE

On this day came on to be heard the parties' Joint Motion to Enter Consent Decree. After reviewing the Consent Decree, the Court finds that all issues in the EEOC's Complaint have been resolved, that the parties are in agreement, and that the Consent Decree should be entered.

It is therefore ordered that the Consent Decree is hereby entered. The Court shall retain jurisdiction of this case during the term of this Consent Decree to enforce compliance with the

terms and conditions of this Consent Decree and to take any action necessary or appropriate for its enforcement, interpretation, execution, or adjudication of disputes.

It is so ORDERED.

Signed this 30th day of October, 2019.

_____
HONORABLE JASON PULLIAM
UNITED STATES DISTRICT JUDGE